```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANTHONY HARDING,                                             :
                                                             :
                              Petitioner,                    :
                                                             :     15-CV-3708 (VEC)
              -against-                                      :
                                                             :     ORDER
                                                             :
KENNETH DECKER, in his official capacity as                  :
Director of the Orange County Correctional                   :
Facility; CHRISTOPHER SHANAHAN, in his                       :
official capacity as New York Field Office Director          :
for U.S. Immigration and Customs Enforcement;                :
JEH JOHNSON, in his official capacity as                     :
Secretary of Homeland Security; LORETTA                      :
LYNCH, in her official capacity as the Attorney              :
General of the United States; and U.S.                       :
DEPARTMENT OF HOMELAND SECURITY,                             :
                                                             :
                              Respondents.                   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 5, 2015, the Court granted Petitioner's habeas petition and ordered the Government to provide Petitioner with a bond hearing (Dkt. 11);

WHEREAS on August 7, 2015, the Government filed a notice of appeal (Dkt. 13);

WHEREAS the Court of Appeals for the Second Circuit has issued a mandate vacating and remanding this case for further consideration in light of the Supreme Court's decisions in *Nielsen v. Preap*, 139 S. Ct. 954 (2019) and *Jennings v. Rodriguez*, 138 S. Ct. 830 (2018) (Dkt. 17);

IT IS HEREBY ORDERED THAT: No later than **May 22, 2020**, the parties are directed to provide a status update, including a discussion of how the Supreme Court's decisions impact Petitioner's case.

**SO ORDERED.**

Date:  April 30, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**